UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

James Stefaniak, Keith J. Panaccione, and Carol Young individually and on behalf of all others similarly situated,

                Plaintiffs,

    v.

HSBC Bank USA, N.A. and HSBC Mortgage Corporation (USA),

                Defendants.
_____

**JOINT STATUS REPORT**

**No. 05-CV-720**

        Plaintiffs James Stefaniak, et. al., by their attorneys Outten & Golden LLP and Stueve Siegel and Hanson LLP, and Defendants HSBC Bank USA, N.A. and HSBC Mortgage Corporation (USA), by their attorneys, Phillips Lytle LLP, hereby report as follows:

        1.    The parties are nearing completion of the final settlement pleadings and the proposed Notice of Class Action Settlement, and plaintiffs have received updated class data necessary to calculate the final proposed settlement allocations among the class members.

        2.    The parties anticipate that these calculations will be complete, and the pleadings ready to file with the court, within ten (10) days from the date hereof.

Dated:  New York, New York
         July 3, 2007

Respectfully Submitted,

| **OUTTEN & GOLDEN LLP** | **PHILLIPS LYTLE LLP** |
|---|---|

/s/ Adam T. Klein
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

/s/ Michael C. Foley
James R. Grasso
Michael C. Foley
One HSBC Center, Suite 3400
Buffalo, New York 14203-2887
Telephone: (716) 847-8400

**ATTORNEYS FOR DEFENDANTS**

**STUEVE SIEGEL HANSON LLP**

George A. Hanson, admitted *pro hac vice*
460 Nichols Road, Suite 200
Kansas City, Missouri, 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101

**ATTORNEYS FOR PLAINTIFFS**